In the Matter of the Assignment of WILLIAM MACFARLANE & COMPANY for the Benefit of Creditors.

HOMER R. SCOVILLE, as Substituted Assignee, Appellant; THE FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.

*Matter of MacFarlane,* 65 App. Div. 93, affirmed.
(Argued January 8, 1902; decided January 28, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 14, 1901, which modified, and affirmed as modified, an order of Special Term confirming the report of a referee in a proceeding by the appellant herein for an accounting by Gustavus A. Morganroth, as administrator of Briton Richardson, deceased, former assignee.

*Carlisle Norwood* for appellant.

*James Russell Soley* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.